**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Jammie Dwayne Wilson, Appellant.

Appellate Case No. 2018-000213

———————

Appeal From Richland County
DeAndrea G. Benjamin, Circuit Court Judge

———————

Unpublished Opinion No. 2020-UP-040
Submitted January 1, 2020 – Filed February 12, 2020

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert Michael Dudek, of
Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole and Pardon Services, of Columbia,
for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, CJ., and KONDUROS and HILL, JJ., concur**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.